Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Kristina Doan Strottman (SBN 268188)
E-mail: kstrottman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
LEADERS IN COMMUNITY ALTERNATIVES, INC. (Sued herein also as SuperCom, Inc.), LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANETTE ARGUELLO-RAMOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM EDWARDS, ROBERT JACKSON, JAMES BROOKS, and KYSER WILSON on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANETTE ARGUELLO-RAMOS, BELINDA DOE, DOES 1-10, inclusive,<br><br>ALAMEDA COUNTY, WYNNE CARVILL, and WENDY STILL,<br><br>Defendants. | Case No. 3:18-cv-04609-JSC<br><br>**NOTICE OF INTERESTED PARTIES BY DEFENDANTS LEADERS IN COMMUNITY ALTERNATIVES, INC., CONNELLY, HARRINGTON, BOROWICK, RIVAS AND ARGUELLO-RAMOS**<br><br>Magistrate Judge: Hon. Jacqueline Scott Corley |

TO THIS COURT, PLAINTIFFS WILLIAM EDWARDS, ROBERT JACKSON, JAMES BROOKS, AND KYSER WILSON, AND THEIR COUNSEL

OF RECORD:

Defendants LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, AND JEANETTE ARGUELLO-RAMOS hereby submit their Notice of Interested Parties in this action. The undersigned, counsel of record for Defendants, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

SUPERCOM, INC. has a direct pecuniary interest in the outcome of this case, as it is the 100% owner of LEADERS IN COMMUNITY ALTERNATIVES, INC.

LEADERS IN COMMUNITY ALTERNATIVES, INC. has a direct pecuniary interest in the outcome of this case, as it is providing a defense and indemnification for itself as well as the individual defendants CONNELLY, HARRINGTON, BOROWICH, RIVAS, AND ARGUELLO-RAMOS.

LLOYDS OF LONDON, BRIT SYNDICATE 2987, has a direct pecuniary interest in the outcome of this case, as it is providing insurance coverage to Defendants SUPERCOM, INC., LEADERS IN COMMUNITY ALTERNATIVES, INC., and their individual employees CONNELLY, HARRINGTON, BOROWICH, RIVAS, AND ARGUELLO-RAMOS.

Dated: September 14, 2018      BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Susan E. Coleman*
Susan E. Coleman
Kristina Doan Strottman

Attorneys for Defendants
LEADERS IN COMMUNITY ALTERNATIVES, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANETTE ARGUELLO-RAMOS