UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM EDWARDS, ROBERT JACKSON, JAMES BROOKS, and KYSER WILSON on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANETTE ARGUELLO-RAMOS, BELINDA DOE, DOES 1-10, inclusive,<br><br>ALAMEDA COUNTY, WYNNE CARVILL, and WENDY STILL,<br><br>Defendants. | Case No.  3:18-cv-04609-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANETTE ARGUELLO-RAMOS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO F.R.C.P. RULE 12(b)(1) AND  12(b)(6)** |

Defendants LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, and JEANETTE ARGUELLO-RAMOS' Motion to Dismiss Plaintiffs' Complaint came on regularly before this Court.  The

Court having read and duly considered the moving, opposing, and reply documents, and having duly considered all evidence and argument presented in connection therewith, the Court hereby grants Defendants' Motion to Dismiss on the following grounds:

1. The Court abstains from this case based on the *Younger* doctrine.
2. Plaintiffs lack Article III standing to seek injunctive relief.
3. Plaintiffs fail to allege sufficient facts against the individual defendants to support a claim in violation of The Federal Racketeer Influenced and Corrupt Organizations Act ("RICO").
4. Plaintiffs' claims are barred by quasi-judicial immunity and the litigation privilege.
5. Plaintiffs fail to allege predicate acts necessary to state a RICO claim.
6. Plaintiffs cannot bring Fourteenth Amendment Due Process or Equal Protection Claims against LCA and its employees because they did not act under color of law.
7. Plaintiffs fail to allege sufficient facts to state a claim for violation of due process under the Fourteenth Amendment.
8. Plaintiffs fail to allege sufficient facts to state a claim for equal protection under the Fourteenth Amendment.
9. Plaintiffs fail to state a claim for abuse of process.

IT IS SO ORDERED.

Dated: _____     _____
                          Honorable William Alsup
                          United States District Court Judge

Respectfully Submitted,

| | |
|---|---|
| 1 | Susan E. Coleman (SBN 171832) |
| | E-mail: scoleman@bwslaw.com |
| 2 | Kristina Doan Strottman (SBN 268188) |
| | E-mail: kstrottman@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 444 South Flower Street, Suite 2400 |
| 4 | Los Angeles, CA 90071-2953 |
| | Tel: 213.236.0600   Fax: 213.236.2700 |

Attorneys for Defendants
LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANETTE ARGUELLO-RAMOS

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4811-1027-1864 v1   - 3 -   3:18-CV-04609-JSC
[PROPOSED] ORDER