UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM EDWARDS, ROBERT JACKSON, JAMES BROOKS, and KYSER WILSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEADERS IN COMMUNITY ALTERNATIVES, INC., SUPERCOM, INC., LINDA CONNELLY, DIANE HARRINGTON, KENT BOROWICK, RAELENE RIVAS, JEANNETTE ARGUELLO-RAMOS, BELINDA DOE, DOES 1-10, inclusive,<br><br>ALAMEDA COUNTY, WYNNE CARVILL, and WENDY STILL,<br><br>Defendants. | Case No. 18-cv-04609-WHA<br><br>**[PROPOSED] JUDGMENT AS TO DEFENDANTS ALAMEDA COUNTY AND CHIEF WENDY STILL** |

On December 14, 2018, this Court entered an Order granting Defendants Alameda County and Chief Wendy Still's Motion to Dismiss (Dkt. at 42). Despite granting the County and Chief's Motion, the Court allowed Plaintiffs the opportunity to file a motion to amend the dismissed claims, with any such motion to be filed no later than January 4, 2019 at noon (Order at 16:24, Dkt at 42). Given the expiration of that deadline without any motion being filed, Plaintiffs' claims as against only Defendants Alameda County and Chief Wendy Still are dismissed. Pursuant thereto, Judgment is entered in favor of Defendants Alameda County and Chief Wendy Still as against Plaintiffs William Edwards, Robert Jackson, James Brooks and Kyser Wilson, individually and on behalf of others similarly situated.

Dated:_____

                                        Honorable William H. Alsup
                                        United States District Judge