IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JACKSON, JAMES BROOKS, and KYSER WILSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEADERS IN COMMUNITY ALTERNATIVES, INC.,<br><br>Defendant. | No. C 18-04609 WHA<br><br>**ORDER RE MOTION TO QUASH SUBPOENAS** |

On April 22, plaintiffs filed a motion to quash and for a protective order in connection with seven subpoenas served by defendant Leaders in Community Alternatives, Inc. (Dkt. No. 76). In opposing the motion, defendant explained that it has since withdrawn the subpoenas (Dkt. No. 80). Plaintiffs' motion is accordingly **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: May 16, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE