IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JACKSON and KYSER WILSON, individually and on behalf of others similarly situated,

    Plaintiffs,

  v.

LEADERS IN COMMUNITY ALTERNATIVES, INC.,

    Defendant.

No. C 18-04609 WHA

**JUDGMENT**

For the reasons stated in the accompanying order, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Leaders in Community Alternatives, Inc. and against plaintiffs Robert Jackson and Kyser Wilson. The clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 19, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE