UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM EDWARDS, et al.,

    Plaintiffs,

    v.

LEADERS IN COMMUNITY ALTERNATIVES, INC., et al.,

    Defendants.

No. C 18-04609 WHA

**ORDER REQUESTING RESPONSE RE MOTION TO REVIEW AND VACATE TAXATION OF COSTS**

    The Court is in receipt of plaintiffs' motion to review and vacate taxation of costs (Dkt. No. 130). Defendants shall please file a response to the motion by **MAY 14 AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 4, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE